IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-228-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NICHOLAS JAMES RIZZUTO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own initiative, where arraignment and trial in this matter presently is set for August 10, 2020, at 9:00 a.m., to continue the start date of the arraignment and trial one day to August 11, 2020, at 9:00 a.m.

In making this continuance, the court adheres to its prior findings, incorporated herein by reference from its July 6, 2020, order on trial scheduling, consistent with the requirements of the Speedy Trial Act of 1974, as amended, 18 U.S.C. § 3161(c)(1). The court's considerations in setting the trial for August 10, 2020, apply equally now to setting the trial to August 11, 2020. The court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. Thus the delay occasioned by the continuance shall be excluded in computing defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7).

SO ORDERED, this the 21st day of July, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge