UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00228-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| NICHOLAS JAMES RIZZUTO | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 41 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 5th day of August, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge